# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01169-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| ADAMS EXTRACT | § | PATENT CASE |
| | § | |
| Defendant. | § | |
| | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01225-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| BALLY TOTAL FITNESSS CORP. | § | PATENT CASE |
| | § | |
| Defendant. | § | |
| | § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT
## BALLY TOTAL FITNESS CORP. WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate final written agreement entered into by the parties ("Settlement Agreement"), Plaintiff Symbology Innovations, LLC ("Symbology") files this Unopposed Motion to Dismiss Defendant Bally Total Fitness Corp. ("Bally") with Prejudice. All claims between the parties have been resolved. The parties stipulate to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

Wherefore, Symbology moves this Court to dismiss this action and all claims by Symbology against Bally with prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith. Symbology further moves the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: November 13, 2015                    Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned, counsel for Plaintiff, certifies that on November 13, 2015, he met and conferred with Mr. David Lindner, counsel for Defendant, regarding this motion, and that Mr. Lindner agreed to the motion.

*/s/ Jay Johnson*
Jay Johnson

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 13, 2015.

*/s/ Jay Johnson*
Jay Johnson