# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01169-JRG-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01181-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| RE/MAX, LLC | § § | |
| Defendant. | § § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT RE/MAX, LLC WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLC ("Symbology") files this Unopposed Motion to Dismiss Defendant RE/MAX, LLC ("RE/MAX") with Prejudice.

Wherefore, Symbology moves this Court to dismiss this action and all claims by Symbology against RE/MAX, and any counterclaims or other claims by RE/MAX with prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: December 28, 2015                    Respectfully submitted,

                                            */s/ Jay Johnson*
                                            **JAY JOHNSON**
                                            State Bar No. 24067322
                                            **BRAD KIZZIA**
                                            State Bar No. 11547550
                                            **ANTHONY RICCIARDELLI**
                                            State Bar No. 24070493
                                            **KIZZIA JOHNSON PLLC**
                                            750 N. St. Paul Street, Suite 1320
                                            Dallas, Texas 75201
                                            (214) 613-3350
                                            Fax: (214) 613-3330
                                            jay@kjpllc.com
                                            bkizzia@kjpllc.com
                                            anthony@brownfoxlaw.com

                                            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned, counsel for Plaintiff, certifies that on December 28, 2015, he met and conferred with counsel for Defendant, regarding this motion, and that Defendant's counsel agreed to this motion.

                                            */s/ Jay Johnson*
                                            Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 28, 2015.

                                            */s/ Jay Johnson*
                                            Jay Johnson