# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br>    Plaintiff,<br><br>   v.<br><br>**ADAMS EXTRACT, et al.**<br>    Defendants. | Civil Action No. 2:15-cv-1169-JRG-RSP<br>(Consolidated) |

## JOINT MOTION FOR ENTRY OF AMENDED DISCOVERY ORDER

Plaintiff Symbology Innovations, LLC and Defendants Aetna Inc., Cigna Health and Life Insurance Company, Cigna Dental Health, Inc., Government Employees Insurance Company d/b/a Geico, JetBlue Airways Corporation, Liberty Mutual Group Inc., OppenheimerFunds, Inc., Ralph Lauren Corporation, State Farm Mutual Automobile Insurance Company, LVMH Watch & Jewelry USA Inc., TD Bank N.A., Allstate Insurance Company, Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa, Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota, Pinnacle Foods, Inc., J.D. Power & Associates, General Mills, Inc., j5create, Penrod Richard USA LLC, The Proctor & Gamble Company, and Jaguar Land Rover North America, LLC hereby jointly submit a proposed Amended Discovery Order, attached hereto.  The proposed order differs from the current discovery order only in that the parties have agreed, given the number of defendants in this case, to increase the maximum time for depositions from 30 to 45 hours collectively.

Dated: February 12, 2016                              Respectfully submitted,


/s/ *Jay Brett Johnson*                                    /s/ *Garret A. Leach*

| | |
|---|---|
| Jay Brett Johnson<br>Kizzia & Johnson PLLC<br>750 N. St. Paul Street<br>Suite 1320<br>Dallas, Texas 75201<br>Tel: (214) 451-0164<br>Fax: (214) 451-0165<br>Email: jay@kjpllc.com<br><br>***ATTORNEY FOR PLAINTIFF*** | Garret A. Leach<br>Kirkland & Ellis LLP - Chicago<br>300 N LaSalle Street<br>Suite 2500<br>Chicago, IL 60654<br>312/862-2363<br>Fax: 312/862-2200<br>Email: garret.leach@kirkland.com<br><br>Vishesh Narayen<br>Kirkland & Ellis LLP - Chicago<br>300 N LaSalle Street<br>Suite 2500<br>Chicago, IL 60654<br>312.862.2000<br>Fax: 312.862.2200<br>Email: vishesh.narayen@kirkland.com<br><br>Melissa Richards Smith<br>Gillam & Smith, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>903/934-8450<br>Fax: 903/934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>***ATTORNEYS FOR ALLSTATE INSURANCE COMPANY***<br><br>*/s/ Melissa R. Smith*<br>Melissa Richards Smith<br>Gillam & Smith, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>903/934-8450<br>Fax: 903/934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>Saul Shapiro (sshapiro@pbwt.com)<br>Lupco "Lewis" Popovski (lpopovski@pbwt.com)<br>Michael Fresco (mfresco@pbwt.com)<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036 |

Telephone: 212-336-2000
Fax: 212-336-2222

**ATTORNEYS FOR DEFENDANT J.D. POWER & ASSOCIATES**

*/s/ Michael E. Jones*
Michael E. Jones
SBN 10929400
Patrick C. Clutter
SBN: 24036374
POTTER MINTON, PC
110 North College Avenue
Suite 500
Tyler, Texas 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846
mikejones@potterminton.com
patrickclutter@potterminton.com

**ATTORNEYS FOR DEFENDANT JAGUAR LAND ROVER NORTH AMERICA, INC.**

*/s/ Peter John Ayers*
Peter John Ayers
Lee & Hayes PLLC
11501 Alterra Parkway
Ste. 450
Austin, TX 78758
512-605-0252
Fax: 509-605-0269
Email: peter@leehayes.com

**ATTORNEY FOR DEFENDANT J5CREATE**

*/s/ Michael E. Jones*
Michael E Jones
SBN 10929400
POTTER MINTON, PC
110 North College
Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846
mikejones@potterminton.com

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
matthew.moore@lw.com

Lisa K. Nguyen
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone:
Facsimile:
lisa.nguyen@lw.com

Cassius K. Sims
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Telephone:
Fascimile:
cassius.sims@lw.com

***ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT GOVERNMENT EMPLOYEES INSURANCE COMPANY***

*/s/Neil J. McNabnay*
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
Bret T. Winterle
winterle@fr.com
Texas Bar No. 24084249
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704
1717 Main Street, Suite 5000
Dallas, Texas 75201

(214) 747-5070 - Telephone
(214) 747-2091 – Facsimile

***ATTORNEYS FOR CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA DENTAL HEALTH, INC., LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, LIBERTY MUTUAL GROUP, INC., OPPENHEIMERFUNDS, INC., LVMH WATCH & JEWELRY USA, INC., PINNACLE FOODS INC., RALPH LAUREN CORPORATION, TD BANK, N.A., WELLMARK, INC., WELLMARK OF SOUTH DAKOTA, INC. , AND PERNOD RICARD USA LLC***

*/s/ John K. Winn*
Tonya M. Gray
Andrews Kurth LLP
1717 Main St
Suite 3700
Dallas, TX 75201
214-659-4400
Fax: 214-659-4401
Email: tonyagray@andrewskurth.com

John K Winn
Leydig Voit & Mayer - Chicago
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601-6780
312/616-5600
Fax: 312/616-5700
Email: jwinn@leydig.com

Steven P Petersen
Leydig Voit & Mayer - Chicago
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601-6780
312/616-5600
Fax: 312/616-5700
Email: spetersen@leydig.com

***ATTORNEYS FOR AETNA, INC.***

/s/ Robert W. Kantner
Robert W. Kantner
Texas State Bar No. 11093900
Email: rwkantner@jonesday.com
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

**ATTORNEY FOR THE PROCTER & GAMBLE COMPANY**

/s/ Truman Fenton
R. William Beard, Jr. (SBN 00793318)
Email: wbeard@sgbfirm.com
Truman H. Fenton (SBN 24059742)
Email: tfenton@sgbfirm.com
Slayden Grubert Beard PLLC
401 Congress Avenue, Suite 1900
Austin, TX 78701
Tel: 512-402-3550
Fax: 512-402-6865

**ATTORNEYS FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

/s/ Ann Marie Duffy
Stephen E Baskin
Ann Marie Duffy
Saqib Javaid Siddiqui
Mayer Brown, LLP - DC
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3364
Fax: 202-263-5365
Email: sbaskin@mayerbrown.com
Email: aduffy@mayerbrown.com
Email: ssiddiqui@mayerbrown.com

**ATTORNEYS FOR JETBLUE AIRWAYS CORP.**

<u>/s/ Allan A. Kassenoff</u>
Scott J. Bornstein
Email: bornsteins@gtlaw.com
Allan A. Kassenoff
Email: kassenoffa@gtlaw.com
Vimal M. Kapadia
Email: kapadiav@gtlaw.com
Greenberg Traurig LP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

***ATTORNEYS FOR DEFENDANT***
***GENERAL MILLS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 12, 2016.

<u>/s/ Melissa Smith</u>