# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC, <br>     Plaintiff, <br> v. <br> ADAM'S EXTRACT, <br>     Defendant. | § § § § § § § | Civil Action No. 2:15-cv-01169 <br> **LEAD CASE** |
| SYMBOLOGY INNOVATIONS, LLC, <br>     Plaintiff, <br> v. <br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br>     Defendant. | § § § § § § § § | Civil Action No. 2:15-cv-01182 <br> *Consolidated Case* |

## DEFENDANT STATE FARM'S NOTICE OF DISCOVERY DISCLOSURES

PLEASE TAKE NOTICE that, in accordance with the Discovery Order (Dkt. 101) defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its undersigned counsel, has served the following discovery materials.

- Amended Initial Disclosures
- Documents relevant to claims and defenses (served on Symbology)
- Copies of documents identified by and produced by Ricoh Innovations pursuant to State Farm's subpoena
- Copies of documents produced by The Library of Congress

Dated: March 7, 2016

Respectfully submitted,

SLAYDEN GRUBERT BEARD PLLC

*/s/ Truman H. Fenton*
R. William Beard, Jr.
Texas Bar No. 00793318
Email: wbeard@sgbfirm.com
Truman H. Fenton
Texas Bar No. 24059742
Email: tfenton@sgbfirm.com
SLAYDEN GRUBERT BEARD, PLLC
401 Congress Avenue, Suite 1900
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile: (512) 402-6865

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM-PLAINTIFF STATE FARM MUTUAL AUTOMOBILE INSURANCE CORP.**

## CERTIFICATE OF SERVICE

Today I have served a copy of this document electronically via the Court's CM/ECF system.

*/s/ Truman H. Fenton*
Truman H. Fenton