# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| Plaintiff, | § § § | Case No: 2:15-cv-01169-RWS-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § § | Case No: 2:15-cv-01873-JRG-RSP |
| vs. | § § | LEAD CASE |
| JAGUAR LAND ROVER NORTH AMERICA, LLC | § § § | |
| Defendant. | § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Defendant Jaguar Land Rover North America, LLC.

It is therefore ORDERED that all claims by and between Symbology Innovations, LLC and Jaguar Land Rover North America, LLC are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 16th day of March, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE