## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01169-RWS-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § | |
| Defendants. | § § | |
| ─────────────────────── | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01867-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| J.D. POWER & ASSOCIATES | § § | |
| Defendants. | § § | |
| ─────────────────────── | § | |

### UNOPPOSED MOTION TO DISMISS DEFENDANT J.D. POWER & ASSOCIATES WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLP ("Symbology") files this Unopposed Motion to Dismiss Defendant J.D. Power & Associates With Prejudice.

Wherefore, Plaintiff moves this Court to dismiss this action and all claims by and between parties with prejudice, with each party to bear its own costs, attorneys' fees and other litigation expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: March 30, 2016                    Respectfully submitted,

                                                                     */s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on March 30, 2016, counsel for Plaintiff met and conferred with counsel for Defendant and that counsel for Defendant agreed to the motion.

                                                               */s/ Jay Johnson*
                                                               Jay Johnson

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on March 30, 2016.

                                                               */s/ Jay Johnson*
                                                               Jay Johnson