IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01169-RWS-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § | |
| Defendants. | § § § | |

**MOTION TO DISMISS DEFENDANT ADAMS EXTRACT WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLP ("Symbology") files this Unopposed Motion to Dismiss Defendant Adams Extract Without Prejudice. Plaintiff notes that Defendants have filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff moves this Court to dismiss this action and all claims by Symbology against Adams Extract without prejudice, with each party to bear its own costs, attorneys' fees and other litigation expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: June 16, 2016                                        Respectfully submitted,

                                                            */s/ Jay Johnson*
                                                            **JAY JOHNSON**
                                                            State Bar No. 24067322
                                                            **BRAD KIZZIA**
                                                            State Bar No. 11547550
                                                            **ANTHONY RICCIARDELLI**
                                                            State Bar No. 24070493
                                                            **KIZZIA JOHNSON PLLC**
                                                            1900 Pacific Ave., Suite 13000
                                                            Dallas, TX 75201
                                                            (214) 451-0164
                                                            Fax: (214) 451-0165
                                                            jay@kjpllc.com
                                                            bkizzia@kjpllc.com
                                                            anthony@kjpllc.com

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on June 16, 2016.

                                                            */s/ Jay Johnson*
                                                            Jay Johnson