IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01169-RWS-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § | |
| Defendants. | § § | |
| SYMBOLY INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01863-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| FUHU, INC. | § § | |
| Defendants. | § § | |

**<u>MOTION TO DISMISS DEFENDANT FUHU, INC. WITHOUT PREJUDICE</u>**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLP ("Symbology") files this Unopposed Motion to Dismiss Defendant Fuhu, Inc. Without Prejudice. Plaintiff notes that Defendants have filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff moves this Court to dismiss this action and all claims by Symbology against Fuhu, Inc. without prejudice, with each party to bear its own costs, attorneys' fees and other litigation expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: June 16, 2016                              Respectfully submitted,

                                                  */s/ Jay Johnson*
                                                  **JAY JOHNSON**
                                                  State Bar No. 24067322
                                                  **BRAD KIZZIA**
                                                  State Bar No. 11547550
                                                  **ANTHONY RICCIARDELLI**
                                                  State Bar No. 24070493
                                                  **KIZZIA JOHNSON PLLC**
                                                  1910 Pacific Ave., Suite 13000
                                                  Dallas, TX 75201
                                                  (214) 451-0164
                                                  Fax: (214) 451-0165
                                                  jay@kjpllc.com
                                                  bkizzia@kjpllc.com
                                                  anthony@kjpllc.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on June 16, 2016.

                                                  */s/ Jay Johnson*
                                                  Jay Johnson