**IN THE UNITED STATED DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:15-cv-01169-RWS-RSP | |
| § | | |
| vs. § | LEAD CASE | |
| § | | |
| ADAMS EXTRACT § | | |
| § | | |
| Defendants. § | | |
| § | | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss without prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Adams Extract. Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

Therefore, IT IS ORDERED that all claims asserted by Symbology against Adams Extract are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 22nd day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE