# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ADAMS EXTRACT,<br><br>  Defendant. | Case No. 2:15-cv-01169-JRG-RSP<br><br>**LEAD CASE** |
| SYMBOLOGY INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant. | Case No: 2:15-cv-1182-JRG-RSP<br><br>CONSOLIDATED CASE |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff Symbology Innovations, LLC and Defendant State Farm Mutual Automobile Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c) hereby move for an order dismissing all claims and counterclaims in this action, with prejudice, wherein each party shall bear its own costs, expenses and attorneys fees.

24654266.v3

Dated:  July 8, 2016

Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

SLAYDEN GRUBERT BEARD PLLC

By:  */s/ Truman Fenton*
R. William Beard, Jr. (SBN 00793318)
Email: wbeard@sgbfirm.com
Truman H. Fenton (SBN 24059742)
Email: tfenton@sgbfirm.com
Slayden Grubert Beard PLLC
401 Congress Avenue, Suite 1900
Austin, TX  78701
Tel: 512-402-3550
Fax: 512-402-6865

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2016, a copy of the foregoing document was filed electronically using the court's Electronic Case Management System.  Notice of this filing will be sent electronically to counsel of record using the Court's electronic notification system.

>          */s/Jay Johnson*
>          JAY JOHNSON