IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01169-RWS-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § | |
| Defendant. | § § | |
| SYMBOLY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01180-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| RALPH LAUREN CORPORATION | § § | |
| Defendant. | § § § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT RALPH LAUREN CORPORATION WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement ("Settlement Agreement"), Plaintiff Symbology Innovations, LLC ("Symbology") files this Unopposed Motion to Dismiss Defendant Ralph Lauren Corporation With Prejudice.

Wherefore, Symbology moves this Court to dismiss this action and all claims by Symbology against Defendant with prejudice, and all claims by Defendant as moot, with each party to bear its own costs, attorney's fees and expenses, and requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: July 8, 2016                                    Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on July 8, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant' counsel agreed to the motion.

*/s/ Jay Johnson*
Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 8, 2016.

*/s/ Jay Johnson*
Jay Johnson