IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01169-RWS-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| ADAMS EXTRACT | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01183-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| LVMH WATCH & JEWELRY USA INC. | § § | |
| Defendant. | § § | |

**ORDER**

On this day the Court considered the Unopposed Motion to Dismiss LVMH Watch & Jewelry USA Inc.  It is therefore ORDERED that all claims by Plaintiff Symbology Innovations LLC are hereby DISMISSED WITH PREJUDICE, and all claims by Defendant are hereby DISMISSED AS MOOT, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 12th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE