<u>**IN THE UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE EASTERN DISTRICT OF TEXAS**</u>
<u>**MARSHALL DIVISION**</u>

| | | |
|---|---|---|
| **SYMBOLGY INNOVATIONS, LLC** § | | |
| Plaintiff, § | | |
| § | **Case No. 2:15-cv-1169-RWS-RSP** | |
| vs. § | **LEAD CASE** | |
| § | | |
| **ADAMS EXTRACT** § | | |
| Defendant. § | | |

| | | |
|---|---|---|
| **SYMBOLGY INNOVATIONS, LLC** § | | |
| Plaintiff, § | | |
| § | **Case No. 2:15-cv-1170-RWS-RSP** | |
| vs. § | | |
| § | **JURY TRIAL DEMANDED** | |
| **AETNA, INC.** § | | |
| Defendant. § | | |

<u>**DEFENDANT AETNA INC.'S NOTICE OF COMPLIANCE**</u>
<u>**WITH COURT'S MOTION PRACTICE**</u>

In compliance with the Court's Amended Docket Control Order (Dkt. No. 177), Defendant Aetna Inc. hereby gives notice of submitting to the Court its letter brief requesting permission to file a motion for summary judgment that the asserted claims of U.S. Patent Nos. 8,424,752, 8,651,369, and 8,936,190 are invalid pursuant to 35 U.S.C. § 102.  A copy of the letter is attached as Exhibit 1.

Dated: August 22, 2016

Respectfully submitted,

*/s/ Tonya M. Gray*
Tonya Gray
Texas Bar No. 24012726
tonyagray@andrewskurth.com
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:  214-659-4400
Facsimile:  214-659-4401

Steven P. Petersen
spetersen@leydig.com
John K. Winn
jwinn@leydig.com
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, Illinois 60601-6731
Telephone: 312-616-5600
Facsimile: 312-616-5700

**ATTORNEYS FOR DEFENDANT AETNA INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this the 22nd day of August, 2016.

*/s/ Tonya M. Gray*